UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2006 ★
BROOKLYN OFFICE

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

Sentencing Date: 7/17/06 @ 10:00

-against-

RICHARD CZARK

CR-06-170 (JBW)

Defendant.

------------------------------------------------------------ x

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U.S. Attorney by AUSA

_____
Defendant's Attorney

Dated: 4/28/06
Brooklyn, New York 11201

BEFORE:
s/Kiyo Matsumoto
_____
Kiyo A. Matsumoto
United States Magistrate Judge